UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHANA COLON, CHRISTINE RUNDBERG, and ANTHONY WOMACK ON BEHALF OF THE ADVANCED DIAGNOSTIC GROUP EMPLOYEE STOCK OWNERSHIP TRUST,

   Plaintiffs,

vs.

MOORE & VAN ALLEN, PLLC, and MICHAEL E. ZELLER,

   Defendants.

             /

CASE NO.

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

The Defendants, MOORE & VAN ALLEN PLLC ("MVA") and MICHAEL E. ZELLER, by and through their undersigned counsel, hereby file this Notice of Removal of the above-styled cause pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1446 from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida in which this action is pending, to the United States District Court, Middle District of Florida, Tampa Division, and in support of the removal would show the Court the following:

  1.  This is an action brought by Plaintiffs against Defendants for alleged legal malpractice committed by Defendants while serving as counsel to GreatBanc

Trust Company, as Trustee of the Advanced Diagnostic Group Employee Stock Ownership Trust ("ADG Trust").

2. The Plaintiffs filed this action in State Court as Case No. 25-CA-003333 in the Circuit County Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, on April 11, 2025. The undersigned executed a Waiver of Service on May 2, 2025.

3. This Notice of Removal is timely filed within thirty days (30) of the Defendant's first knowledge that the case is one which is removable and within one year of the commencement of this action, pursuant to 28 U.S.C. § 1446(b).

4. At the time suit was filed and as of the filing of this Notice of Removal, Defendant, MVA, was a North Carolina professional limited liability company with its headquarters located in Charlotte, North Carolina.

5. For the purposes of determining diversity, a PLLC is a citizen of any state in which any Member is a citizen. At the time suit was filed and removed to this court, none of MVA's Members were citizens or residents of or domiciled in Florida. See Declaration of Caroline Hubbell Yingling attached as "Exhibit A".

6. At the time of Removal, Zeller was a resident and citizen of the state of North Carolina and was domiciled in the state of North Carolina.

7. Plaintiffs allege in their Complaint that each of them reside in the State of Florida. Based on this allegation, it is apparent that Johana Colon, Christine

Rundberg and Anthony Womack were each domiciled in and citizens of the State of Florida at the time this case was filed and at the time this notice of removal is being filed.

8. Therefore, for diversity jurisdiction purposes, because Plaintiffs are citizens of Florida, and Defendants are not, complete diversity exists between the parties.

9. Plaintiffs brought suit on behalf of the ADG Trust, alleging that the Trust received "at least $85 million dollars less" than it otherwise would have, due to Defendants' alleged legal malpractice. Plaintiff's Complaint Para. 74.

10. The Civil Cover sheet filed with the Complaint, attached hereto as "Exhibit B" asserts that damages in this matter exceed $100,000.

11. Removal is appropriate under 28 U.S.C. § 1332 because complete diversity of citizenship exists between the parties and because the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

12. A copy of this Notice will be timely filed with the Clerk of the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

13. True and correct copies of all pleadings filed in the above-referenced State action are attached to this Notice.

14. Written notice of the Filing of this Notice of Removal on this date will be been given to the Plaintiffs, Johana Colon, Christine Rundberg and Anthony

Womack, through their attorneys of record, Brandon J. Hill, Esq., Luis A. Cabassa, Esq., and Amanda E. Heyseck, Esq., Wenzel, Fenton, Cabassa, P.A., 1110 N. Florida Ave., Suite 300, Tampa, Florida, 33602.

15. The undersigned certifies that the Defendants, MVA and Zeller, have consented to the removal of this action from the Thirteenth Judicial Circuit Court of Hillsborough County, Florida to the United States District Court, Middle District, Tampa Division.

16. The undersigned counsel is authorized by Defendants to file this Notice of Removal, is licensed in the State of Florida, and is a member in good standing of the Bar of this Court.

WHEREFORE, MOORE & VAN ALLEN PLLC and MICHAEL E. ZELLER, respectfully request this Court remove this Hillsborough County action to this Court pursuant to the provisions of 28 U.S.C. § 1441.

### CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

1068775\324828388.v1

Brandon J. Hill, Esq.
Luis A. Cabassa, Esq.
Amanda E. Heyseck, Esq.
WENZEL, FENTON, CABASSA, P.A.
1110 N. Florida Ave., Suite 300
Tampa, Florida, 33602
E: bhill@wfclaw.com
lcabassa@wfclaw.com
aheystek@wfclaw.com
*Attorneys for Plaintiffs*

HINSHAW & CULBERTSON LLP

/s/ Steven D. Lehner
Steven D. Lehner, Esquire
Florida Bar No. 039373
100 South Ashley Drive, Suite 1310
Tampa, FL  33602
Telephone:  813-276-1662
Facsimile:   813-436-8738
Primary: slehner@hinshawlaw.com
Secondary: mmatthews@hinshawlaw.com;
fwatt@hinshawlaw.com
*Attorneys for Defendants*

1068775\324828388.v1